AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ROBERT COSTA,

    Plaintiff,

                **v.**

FRANK BISIGNANO, Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:25-cv-11

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered March 6, 2026, the Court affirms the ALJ's decision.

This case stands closed.

Approved by: _____

    Honorable Benjamin W. Cheesbro
    United States Magistrate Judge
    Southern District of Georgia

March 11, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020